18855. BROGDON *et al. v.* DAVIS *et al.,* commissioners, etc.

BROYLES, C. J. Under repeated rulings of this court and of the Supreme Court, the striking of a defendant's plea and cross-action is not a final judgment, and the bill of exceptions in such a case (no other judgment being excepted to) must be dismissed.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 15, 1928.

*W. B. Hollingsworth,* for plaintiffs.
*Culpepper & Murphy,* for defendants.